UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANTAO J., | No. 1:26-cv-00021-TLN-SCR |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN OF THE GOLDEN STATE ANNEX FACILITY, et al., | |
| Respondents. | |

Petitioner Yantao J.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the substance of Petitioner's brief and the relief requested therein, the Court construes Petitioner's pleading as a motion for a temporary restraining order. *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (stating that pleadings by pro se litigants must be held to less stringent standards than formal pleadings drafted by lawyers).

Respondents shall file a response to Petitioner's request for injunctive relief by January 8,

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf. The Clerk of Court is directed to update the docket to reflect this change accordingly.

1

1    2026.  Any opposition shall provide the Court with copies of all referenced/relevant portions of

2    Petitioner's A-File and any and all available records related to Petitioner's allegations.  Petitioner

3    may file a reply, if any, by January 9, 2026.

4    Pending the Court's ruling on this petition, Respondents shall not take any action to

5    transfer Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966)

6    (acknowledging the Court's "express authority under the All Writs Act to issue such temporary

7    injunctions as may be necessary to protect its own jurisdiction").

8    Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes

9    Petitioner to further proceed in forma pauperis.  *See* 28 U.S.C. § 1914.  In light of the complexity

10   of the legal issues involved, the Court has determined that the interests of justice require the

11   appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v.*

12   *Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the

13   appointing authority for the Eastern District of California shall identify counsel and send

14   counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy

15   Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect

16   counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal

17   Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for

18   petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

19   In accordance with the above, IT IS HEREBY ORDERED that:

20   1. Respondents shall file a response to Petitioner's request for injunctive relief by

21       January 8, 2026; Petitioner may file a reply, if any, by January 9, 2026;

22   2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition,

23       Respondent shall not transfer Petitioner to another detention center outside of this

24       judicial district, pending further order of the Court;

25   3. Petitioner is provisionally authorized to further proceed in forma pauperis, subject to

26       Petitioner filing an application to proceed in forma pauperis by March 9, 2026;

27   4. Within seven days from the date of this order, the appointing authority for the Eastern

28       District of California shall identify counsel and send counsel's contact information to

|   |   |
|---|---|
| 1 | Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update |
| 2 | the docket to reflect counsel's appointment; |
| 3 | 5. The Clerk of the Court shall serve a copy of this order on the Federal Defender, |
| 4 | Attention:  Habeas Appointment, along with a copy of the § 2241 petition; |
| 5 | 6. The Clerk of the Court shall serve a copy of this order together with a copy of |
| 6 | Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on |
| 7 | the United States Attorney; and |
| 8 | 7. The Clerk of Court is directed to update the docket to only list Petitioner's first name |
| 9 | and last initial. |
| 10 | IT IS SO ORDERED. |
| 11 | Date: January 6, 2026 |
| 12 | _____ |
| 13 | TROY L. NUNLEY<br>CHIEF UNITED STATES DISTRICT JUDGE |